Received From
SEATTLE
APR 20 2009

FILED ___ ENTERED
LODGED ___ RECEIVED

APR 16 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

FILED___ LODGED
___ RECEIVED

APR 22 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| **UNDER SEAL**, | |
| Plaintiff, | |
| v. | No. C07-0248-BHS |
| **UNDER SEAL**, | |
| Defendants. | **UNDER SEAL** |

07-CV-00248-ORD

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,
*ex rel.* MARSHALL S. HORWITZ, M.D.,

    Plaintiff,

v.

AMGEN, INC. and DAVID C. DALE,

    Defendants.

No. C07-0248-BHS

**UNDER SEAL**

## ORDER

The United States has filed an *Ex Parte* Motion for an Extension of time to Consider Election to Intervene, in which the government seeks a six (6) month extension of time, from April 17, 2009, up to and including October 17, 2009, in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown move the Court for extensions of time. . . ." 13 U.S.C. § 3730(b)(3). The Court finds that such good cause exists here.

Accordingly, it is hereby ORDERED that the United States shall have from April 17, 2009, to October 17, 2009, to notify the Court of its decision whether or not to intervene in this *qui tam* action. The Clerk shall otherwise maintain the Complaint and other filings under seal

**Order –** 1
(C07-0248-BHS)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

for the duration of the government's investigation, unless otherwise ordered by the Court.

DATED this _____ day of _____, 2008.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

PETER A. WINN
Assistant United States Attorney

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970