FILED UNDER SEAL
LODGED RECEIVED
APR 07 2010
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

FILED LODGED
RECEIVED
APR 14 2010
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                DEPUTY

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNDER SEAL,

                Plaintiff,

vs.

UNDER SEAL,

                Defendants.

No. 07-0248 BHS

UNDER SEAL

NOTE ON MOTION CALENDAR FOR:
APRIL 7, 2010

**FILE UNDER SEAL**

07-CV-00248-PRO

07-CV-00248-ORD

001944-11 363388 V1

Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Marshall S. Horwitz, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> AMGEN INC. and DAVID C. DALE, et al., <br><br> Defendants. | No. 07-0248 BHS <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF AND RELATOR'S *EX PARTE* MOTION TO UNSEAL COMPLAINT FOR LIMITED PURPOSES <br><br> NOTE ON MOTION CALENDAR FOR: APRIL 7, 2010 <br><br> **FILE UNDER SEAL** |

This matter came before the Court, under seal, upon the *ex parte* motion of the plaintiff and relator Marshall S. Horwitz, M.D., Ph.D., for an order to lift the seal partially in this case to permit Dr. Horwitz personally, or via his counsel, to disclose the contents of the amended and original complaints in this matter, and, in their discretion, to show copies of the amended and original complaints in this matter, to appropriate representatives of Dr. Horwitz's employer, the University of Washington. The Court having duly considered Dr. Horwitz's request, and having read and considered Plaintiff and Relator's *Ex Parte* Motion To Unseal Complaint for Limited Purposes, as well as the Declaration of Robert F. Lopez in Support of Plaintiff and Relator's *Ex Parte* Motion To Unseal Complaint for Limited Purposes, and good cause appearing therefor, it is hereby

PROPOSED ORDER GRANTING *EX PARTE* MOTION TO
UNSEAL COMPLAINT FOR LIMITED PURPOSES - 1
Case No. C07-0248 BHS

**ORDERED** that the amended and original complaints in this case are hereby unsealed to allow Dr. Horwitz and his counsel to disclose the allegations thereof, and, in their discretion, to show copies of the amended and original complaints in this case, to appropriate representatives of Dr. Horwitz's employer, the University of Washington, and it is further

**ORDERED** that the plaintiff and relator shall serve a copy of this Order on the government, via the office of the United States Attorney for the Western District of Washington.

DATED this 14 day of April, 2010.

_____
Honorable Benjamin H. Settle
United States District Judge