Judge Settle



**ORIGINAL**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **UNDER SEAL**, | |
| Plaintiff, | No. C07-0248 BHS |
| v. | |
| **UNDER SEAL**, | |
| Defendants. | **UNDER SEAL** |



**07-CR-00248-ORD**

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

Judge Settle

ORIGINAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MARSHALL S. HORWITZ, M.D.,<br><br>Plaintiff,<br>v.<br><br>AMGEN, INC. and DAVID C. DALE,<br><br>Defendants. | No. C07-0248 BHS<br><br>**UNDER SEAL** |

**ORDER**

The United States has filed an *Ex Parte* Motion for an Extension of time to Consider Election to Intervene, in which the government seeks a six (6) month extension of time, from April 16, 2010, up to and including October 16, 2010, in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown move the Court for extensions of time. . . ." 13 U.S.C. § 3730(b)(3). The Court finds that such good cause exists here.

Accordingly, it is hereby ORDERED that the United States shall have from April 16, 2010, to October 16, 2010, to notify the Court of its decision whether or not to intervene in this *qui tam* action. The Clerk shall otherwise maintain the Complaint and other filings under seal

Order – 1
(C07-0248 BHS)

1 | for the duration of the government's investigation, unless otherwise ordered by the Court.

3 | DATED this 22 day of April, 2010.

BENJAMIN H. SETTLE
United States District Judge

8 | Presented by:

PETER A. WINN
Assistant United States Attorney

Order – 2
(C07-0248 BHS)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970