Judge Benjamin H. Settle

```
_____ FILED   _____ LODGED
        _____ RECEIVED
         APR 20 2011
      CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

**ORIGINAL**

```
_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED
         APR 1  2011   DJ
             AT SEATTLE
        CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **UNDER SEAL**, <br><br> Plaintiff, <br> v. <br><br> **UNDER SEAL**, <br><br> Defendants. | No. C07-0248 BHS <br><br> **UNDER SEAL** |



**07-CV-00248-ORD**

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

Judge Benjamin H. Settle

**ORIGINAL**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MARSHALL S. HORWITZ, M.D., <br><br>  Plaintiff, <br>  v. <br><br> AMGEN, INC. and DAVID C. DALE, <br><br>  Defendants. | No. C07-0248 BHS <br><br> **UNDER SEAL** |

**ORDER**

The United States has filed an *Ex Parte* Motion for an Extension of time to Consider Election to Intervene, in which the government seeks a six (6) month extension of time, from April 18, 2011, up to and including October 18, 2011, in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown move the Court for extensions of time. . . ." 13 U.S.C. § 3730(b)(3). The Court finds that such good cause exists here.

Accordingly, it is hereby ORDERED that the United States shall have from April 18, 2011, to October 18, 2011, to notify the Court of its decision whether or not to intervene in this *qui tam* action. The Clerk shall otherwise maintain the Complaint and other filings under seal for the duration of the government's investigation, unless otherwise ordered by the Court.

Order – 1
(C07-0248 BHS)

1 DATED this 20 day of April, 2011.

BENJAMIN M. SETTLE
United States District Judge

6 Presented by:

HAROLD MALKIN
Assistant United States Attorney

Order – 2
(C07-0248 BHS)