The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MARSHALL S. HORWITZ, M.D., <br><br> Plaintiff, <br><br> v. <br><br> AMGEN, INC., et al. <br><br> Defendants. | No. C07-0248 BHS <br><br> **UNDER SEAL** |

### ORDER

The United States has filed an *Ex Parte* Motion for Extension of Statutory Seal, in which the government seeks a sixty (60) day extension of time, from November 29, 2012, up to and including January 28, 2013, in which to finally consummate a comprehensive settlement of this and several related *qui tam* actions against Defendant Amgen. Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown move the Court for extensions of time. . . ." 13 U.S.C. § 3730(b)(3). The Court finds that such good cause exists here.

Accordingly, it is hereby ORDERED that the United States shall have until January 28, 2013, to notify the Court that this matter has been resolved and may be dismissed. The seal shall automatically be lifted once the last signatory has executed the parties' settlement agreement and the United States has filed a Notice of Final Settlement under seal with the

Order – 1
(C07-0248 BHS)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  Court. The Clerk shall otherwise maintain the Complaint and other filings under seal for the
2  duration of the government's investigation, unless otherwise ordered by the Court.

3
4         DATED this ___28___ day of __November__, 2012.

                                        _____
                                        BENJAMIN H. SETTLE
                                        United States District Judge

9  Presented by:

10
11 _____
   HAROLD MALKIN, WSBA #30986
12 Assistant United States Attorney

Order – 2
(C07-0248 BHS)