The Honorable Benjamin H. Settle

ORIGINAL
FILED ENTERED
LODGED RECEIVED
DEC 18 2012 DJ
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNDER SEAL,

Plaintiff,

v.

UNDER SEAL,

Defendants.

No. C07-0248 BHS

**UNDER SEAL**

07-CV-00248-NTC

The Honorable Benjamin H. Settle

ORIGINAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA, *ex rel.* MARSHALL S. HORWITZ, M.D.,

Plaintiff,

v.

AMGEN, INC., et al.

Defendants.

No. C07-0248 BHS

**UNDER SEAL**

**NOTICE OF FINAL SETTLEMENT**

COMES NOW the United States, following resolution of certain temporary and unforeseen events in the Eastern District of New York in a related *qui tam* action, and notifies this Court that the United States, the Relator and Defendant Amgen have now executed a final and binding settlement agreement to resolve this matter, with the exception of the Relator's claim for statutory attorneys fees against Amgen. The United States anticipates intervening in this action as to Defendant Amgen later this week and, as soon thereafter as possible, stipulating to dismissal of the action as to Amgen, as well as to the other Defendants.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

DATED this 18th day of December, 2012.

Respectfully submitted,

STUART F. DELERY
Principal Deputy Assistant Attorney General

JENNY A. DURKAN
United States Attorney
Western District of Washington

HAROLD MALKIN, WSBA # 30986
Assistant United States Attorney

DANIEL R. ANDERSON
PATRICIA HANOWER
JOHN HENEBERY
JESSICA CHAMPA
Attorneys, Civil Division
United States Department of Justice
P. O. Box 261
Ben Franklin Station
Washington, DC 20044
(202) 207-6296



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee in the office of the Untied States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers, and that on this date, she served copies of the Notice of Final Settlement on the person(s) hereinafter named by depositing said copies in the United States mail, postage prepaid, addressed as follows:

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1918 8th Avenue, Suite 3300
Seattle, Washington 98101
206-224-9320
206-623-0594 fax
steve@hbsslaw.com
Attorney for Relator

Daniel R. Miller, Director
Medicaid Fraud Control Unit of Delaware
Office of the DE Attorney General
820 N. French Street
Wilmington, DE 19801
302-577-8859
302-577-3090 fax
Damiller@state.de.us
Attorney for Delaware

Dennis T. Fenwick
Deputy Attorney General
California Department of Justice
Bureau of Medi-Cal Fraud and Elder Abuse
1425 River Park Drive, Suite 300
Sacramento, CA 95815
916-274-2909
916-274-2929 fax
Dennis.Fenwick@doj.ca.gov
Attorney for California

Rick Lober, Director
Medicaid Fraud Control Unit of FL
Office of the FL Attorney General
107 West Gaines Street
The Capitol, PL-01
Tallahassee, FL 32399-1050
850-414-3600
850-921-5194 fax
Rick.Lober@myfloridalegal.com
Attorney for Florida

Michael L. Parrish, Director
Medicaid Fraud Control Unit of Hawaii
Office of the HI Attorney General
333 Queen Street, 10th Floor
Honolulu, HI 96813
808-586-1073
808-586-1077 fax
michael.L.parrish@hawaii.gov
Attorney for Hawaii

Patrick Keenan, Bureau Chief
Medicaid Fraud Bureau of Illinois
Office of the IL Attorney General
100 W. Randolph Street, 12th Floor
Chicago, IL 60601
312-814-3796
312-814-5366 fax
PKeenan@atg.state.il.us
Attorney for Illinois

Christopher Walsh, Director
Medicaid Fraud Control Unit
Office of the MA Attorney General
One Ashburton Place
Boston, MA 02108
617-727-2200 x 2489
617-722-3067 fax
christopher.j.walsh@state.ma.us
Attorney for Massachusetts

Mark N. Kemberling
Chief Deputy Attorney General
Office of the NV Attorney General
555 East Washington Ave., Ste 3900
Las Vegas, NV 89101
702-486-3111
702-486-3768 fax
Mkemberling@ag.nv.gov
Attorney for Nevada

Robert Schlafly, Director
Medicaid Fraud Control Unit

Mark Coffee, Assistant Atty. Gen.
Antitrust & Civil Medicaid Fraud Division

Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216-2639
615-744-4362
615-744-4659 fax
bob.schlafly@state.tn.us
Attorney for Tennessee

Office of the TX Attorney General
P.O. Box 12548
Austin, TX 78711-2548
512-936-1304
512-499-0712 fax
mark.coffee@texasattorneygeneral.gov
Attorney for Texas

Tracey D. Stith, Assistant Atty. Gen.
Civil Investigations Team
Medicaid Fraud Control Unit of VA
Office of the VA Attorney General
900 East Main Street
Richmond, VA 23219
804-786-6957
804-786-0807 fax
TStith@oag.state.va.us
Attorney for Virginia

Susan Kennedy, Director
Medicaid Fraud Control Unit of District of Columbia
Office of the D.C. Inspector General
717 14th Street, N.W. 5th Floor
Washington, DC 20005
202-727-8008
202-727-5937 fax
susan.kennedy@dc.gov
Attorney for District of Columbia

Linda Singer, Attorney General
Vanessa Natale, Assistant Attorney General
Jane Drummey, Assistant Attorney General
Civil Enforcement Section
Public Advocacy Division
Office of the Attorney General for the District of Columbia
441 Fourth Street, Suite 450 North
Washington, DC 20001
202-727-4777
202-727-6546 fax
linda.singer@dc.gov
vanessa.natale@dc.gov
jane.drummey@dc.gov
Attorney for District of Columbia

Michael K. Bassham, Senior Counsel
Office of the Attorney General
Antitrust Division
425 5th Avenue North
P.O. Box 20207
Nashville, TN 37202
615-741-6421
615-741-1026 fax
Michael.bassham@ag.tn.gov
Attorney for Tennessee

DATED this 18th day of December, 2012.

Patricia M. Buyce
Paralegal Specialist



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970