Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MARSHALL S. HORWITZ, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> AMGEN INC., <br><br> Defendant. | No. C07-0248 BHS <br><br> ORDER REGARDING PLAINTIFF/RELATOR'S CLAIM FOR ATTORNEYS' FEES, COSTS, AND EXPENSES |

### ORDER

This Court having reviewed the Agreed Motion Regarding Plaintiff/Relator's Claim for Attorneys' Fees, Costs, and Expenses, and good cause appearing for the relief requested, the proposed schedule regarding the motion of plaintiff/relator Dr. Marshall S. Horwitz for an award of attorneys' fees, costs, and expenses in this matter pursuant to 31 U.S.C. § 3730(d) is hereby ORDERED, ADOPTED, and APPROVED as follows:

[PROPOSED] ORDER REGARDING PLAINTIFF/RELATOR'S
CLAIM FOR ATTORNEYS' FEES, COSTS, AND EXPENSES - 1
No. C07-0248 BHS



HAGENS BERMAN
1918 EIGHTH AVENUE
SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

001944-11 577738 V1

Dr. Horwitz's motion for attorneys' fees, costs, and expenses due: April 4, 2013, and noted for consideration on April 19, 2013;

Amgen's response due: April 15, 2013; and

Dr. Horwitz's reply due: April 19, 2013.

The parties reserve their rights to request oral argument on Dr. Horwitz's motion.

Dated this 7 day of January, 2013.

_____
Honorable Benjamin H. Settle
United States District Judge

*Presented by*:

HAGENS BERMAN SOBOL SHAPIRO LLP

By:   /s/ Steve W. Berman
By:   /s/ Robert F. Lopez
       Steve W. Berman
       Robert F. Lopez
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

*Attorneys for Plaintiff and Relator
Marshall S. Horwitz, M.D.*

[PROPOSED] ORDER REGARDING PLAINTIFF/RELATOR'S
CLAIM FOR ATTORNEYS' FEES, COSTS, AND EXPENSES - 2
No. C07-0248 BHS



001944-11 577738 V1