Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

UNITED STATES OF AMERICA, *ex rel.* MARSHALL S. HORWITZ, M.D.,

Plaintiff,

vs.

AMGEN INC.,

Defendant.

No. C07-0248 BHS

NOTICE OF VOLUNTARY DISMISSAL OF REMAINING CLAIMS FOR ATTORNEYS' FEES, COSTS, AND EXPENSES, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A).

Defendant Amgen Inc. ("Amgen") and Plaintiff and Relator Marshall S. Horwitz, M.D. ("Relator", and collectively, the "Parties") have resolved all matters concerning the attorneys' fees, costs, and expenses of Relator under 31 U.S.C. § 3730(d). The Parties completed performance of the settlement agreement on November 1, 2013. Accordingly, Relator hereby gives notice that all remaining claims against Amgen are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Relator respectfully asks that the Court take off-calendar any law and motion proceedings as to this matter.

NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS - 1
Case No. C07-0248 BHS



1918 EIGHTH AVENUE
SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

001944-11 658367 V1

DATED:  November 27, 2013   Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
By: */s/ Robert F. Lopez*
   Steve W. Berman
   Robert F. Lopez
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

*Attorneys for Plaintiff and Relator*
*Marshall S. Horwitz, M.D., Ph.D.*

NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS - 2
Case No. C07-0248 BHS



1918 EIGHTH AVENUE
SUITE 3300 • SEATTLE, WA  98101
(206) 623-7292 • FAX (206) 623-0594

001944-11  658367 V1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

DATED: November 27, 2013, 2013  HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
By: */s/ Robert F. Lopez*
Steve W. Berman
Robert F. Lopez

NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS – 3
Case No. C07-0248 BHS



1918 EIGHTH AVENUE
SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

001944-11 658367 V1